# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137544

TERRI KRONBERG,
       Plaintiff-Appellee,

v

                                                       SC: 137544
                                                       COA: 274867
                                                       Lenawee CC: 03-001184-NH

THOMAS K. MATHEW, M.D., d/b/a
UROLOGY CENTER,
       Defendant-Appellant,

and

KONDA B. C. MOULI, M.D., d/b/a
UROLOGY CENTER, EMMA L. BIXBY
MEDICAL CENTER, and LENAWEE
HEALTH ALLIANCE, INC.,
       Defendants.
_____/

       On order of the Court, the application for leave to appeal the September 11, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

d0217

                                     Clerk